UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **ELECTRONIC SCRIPTING PRODUCTS, INC.,**<br><br>Plaintiff<br><br>v.<br><br>**EQ3 LTD,**<br><br>Defendant | **Case No. 6:23-cv-00194**<br><br>**JURY TRIAL DEMANDED**<br><br>**RELATED CASE** |

## NOTICE OF RELATED CASES

This case is related to the following cases:

*Electronic Scripting Products, Inc. v. Herschel Supply Company*, Case No. 6:23-cv-119-ADA.

Dated: March 14, 2023                             Respectfully Submitted

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
501 Congress Ave, Suite 150
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF**

1