**RECEIVED**
March 21, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ lad _____
DEPUTY



# THE MORT LAW FIRM

A PROFESSIONAL LIMITED LIABILITY COMPANY

INTELLECTUAL PROPERTY LAW

Ray Mort
raymort@austinlaw.com
(512) 677-6825

March 14, 2023

United States District Clerk's Office
800 Franklin Ave, Room 380
Waco, Texas 76701

Re:    *Electronic Scripting Products, Inc. v. EQ3 LTD*, Case No. 6:23-cv-00194;

Dear Clerk,

This letter is to request service of documents pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure on the party listed below. I am preparing this request based on instructions published by the US District Clerk's Office for the Southern District of New York at this URL: https://nysd.uscourts.gov/forms/foreign-mailing-instructions.

The party to be served is:

1.    EQ3 LTD, which may be served at the following address:

       70 Lexington Park
       Winnipeg, MB R2G 4H2
       Canada

The documents to be served on EQ3 LTD, are:

1.    A copy of the summons issued and addressed to EQ3 LTD, (ECF No. 6);

2.    A copy of the civil cover sheet filed in the above referenced matter (ECF No. 1-3);

3.    A copy of the complaint filed in the above referenced matter (ECF No. 1);

4.    A copy of the exhibits to the complaint filed in the above referenced matter (ECF Nos. 1-1 – 1-2).

The above documents are enclosed with this letter.



Please send these documents via FedEx. To facilitate this, I have attached:

1.      One FedEx container containing the above referenced document; and

2.      An international FedEx air waybill, pre-addressed to EQ3 LTD and pre-paid. The airbill has been affixed to the FedEx container by a FedEx employee.

Please seal the enclosed FedEx container and request a pick-up by FedEx to effectuate service.

If you have any questions regarding this matter, do not hesitate to contact me at 512-677-6825.

Sincerely,

Raymond W. Mort, III



ORIGIN ID:AUSA
RAY MORT
(646) 339-9646

7808 ORISHA DR

AUSTIN, TX 78739 US
SIGN: RAY MORT

TO GENERAL COUNSEL
EQ3 LTD
70 LEXINGTON PARK

WINNIPEG MB R2G4H2
(888) 988-2014

SHIP DATE: 20MAR23
ACTWGT: 1.00 LB
CAD: 255835677/INET4580

BILL SENDER
NO EEI 30.36

INV
PO
REF:
DEPT

(CA)

581J7/9982/FE2D

FedEx
Express

E
J231023011102uv

TRK# 7716 0288 0158
0430

X6 YWGA

PM       INTL PRIORITY

R2G 4H2
MB-CA   YWG

After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**

1. Fold the printed page along the horizontal line.

2. Place label in shipping pouch and affix it to your shipment.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

Pickup

<table>
<tr><td colspan="4"><strong>FedEx Pickup Confirmation—FedEx Express ACTA3049</strong></td></tr>
<tr><td>Country/Territory</td><td><strong>United States</strong></td><td><strong>FedEx Express</strong></td><td><strong>Confirmation no. ACTA3049</strong></td></tr>
<tr><td>Company</td><td><strong>US DISTRICT CLERKS OFFICE</strong></td><td>Pickup date</td><td><strong>03/22/2023</strong></td></tr>
<tr><td></td><td></td><td>Total no. of packages</td><td><strong>1</strong></td></tr>
<tr><td>Contact name</td><td><strong>Leigh Anne Diaz</strong></td><td>Total weight</td><td><strong>1 lbs</strong></td></tr>
<tr><td>Address 1</td><td><strong>800 Franklin Ave, Room 380</strong></td><td>Pickup time</td><td><strong>9:00am - 5:00pm</strong></td></tr>
<tr><td>City</td><td><strong>Waco</strong></td><td></td><td></td></tr>
<tr><td>State</td><td><strong>Texas</strong></td><td></td><td></td></tr>
<tr><td>ZIP</td><td><strong>76701</strong></td><td></td><td></td></tr>
<tr><td>Phone no.</td><td><strong>2547501506</strong></td><td></td><td></td></tr>
</table>

FedEx Pickup Confirmation—FedEx Express ACTA3049