

# THE MORT LAW FIRM
A PROFESSIONAL LIMITED LIABILITY COMPANY

## INTELLECTUAL PROPERTY LAW

RECEIVED
December 13, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____lad_____
DEPUTY

Ray Mort
raymort@austinlaw.com
(512) 677-6825

December 12, 2022

United States District Clerk's Office
800 Franklin Ave, Room 380
Waco, Texas 76701

Re: *ParkerVision, Inc. v. Realtek Semiconductor Corp.*, Case No. 6:22-cv-01162-ADA;

Dear Clerk,

This letter is to request service of documents pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure on the party listed below. I am preparing this request based on instructions published by the US District Clerk's Office for the Southern District of New York at this URL: https://nysd.uscourts.gov/forms/foreign-mailing-instructions.

The party to be served is:

1. Realtek Semiconductor Corp., which may be served at the following address:

    Realtek Semiconductor Corp.
    c/o Sun-Chien Chiu
    No. 2, Innovation Road II
    Hsinchu Science Park
    Hsinchu 300
    Taiwan

The documents to be served on Realtek Semiconductor Corp., are:

1. A copy of the summons issued and addressed to Realtek Semiconductor Corp., (ECF No. 6);

---

Page 2 

    2.    A copy of the civil cover sheet filed in the above referenced matter (ECF No. 1-1);

    3.    A copy of the complaint filed in the above referenced matter (ECF No. 1);

The above documents are enclosed with this letter.

Please send these documents via FedEx. To facilitate this, I have attached:

    1.    One FedEx container containing the above referenced document; and

    2.    An international FedEx air waybill, pre-addressed to Realtek Semiconductor Corp. and pre-paid. The airbill has been affixed to the FedEx container by a FedEx employee.

Please seal the enclosed FedEx container and request a pick-up by FedEx to effectuate service.

If you have any questions regarding this matter, do not hesitate to contact me at 512-677-6825.

Sincerely,

*/s/ R. W. Mort, III*

Raymond W. Mort, III



FedEx shipping label: Case 6:22-cv-01162-ADA Document 8 Filed 12/13/22 Page 3 of 4

ORIGIN ID:EFDA (512) 865-7950
RAYMOND W. MORT, III
SHIP DATE: 13DEC22
ACTWGT: 0.50 LB
CAD: 255751536/INET4530

501 CONGRESS AVE
SUITE 150
AUSTIN, TX 78701 US
SIGN: RAYMOND W. MORT, III

BILL THIRD PARTY
NO EEI 30.37(a)

TO C/O SUN-CHIEN CHIU
REALTEK SEMICONDUCTOR CORP.
NO. 2, INNOVATION ROAD II
HSINCHU SCIENCE PARK
HSIN CHU CITY 300

(TW)

REF: 1162 - REALTEK
DEPT:
INV:
PO:
123456789

581 J3/9A97F/E2D

FedEx Express

TRK# 7707 4844 3860 0430

INTL PRIORITY PM

X4 LHNA -TW
896 TPE

Pickup

### FedEx Pickup Confirmation—FedEx Express ACTA3015

| | | | |
|---|---|---|---|
| Country/Territory | **United States** | **FedEx Express** | **Confirmation no. ACTA3015** |
| Company | **US DISTRICT CLERKS OFFICE** | Pickup date | **12/14/2022** |
| | | Total no. of packages | **2** |
| Contact name | **Leigh Anne Diaz** | Total weight | **2 lbs** |
| Address 1 | **800 Franklin Ave, Room 380** | Pickup time | **8:00am - 5:00pm** |
| City | **Waco** | | |
| State | **Texas** | | |
| ZIP | **76701** | | |
| Phone no. | **2547501506** | | |

(https://www.fedex.com/en-us/home.html)

FedEx® Tracking 

**DELIVERED**

# Monday

12/19/2022 at 10:54 am

Signed for by: R.FAN

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered ✓

**TRACKING ID**

770748443860 ✏ ☆

**FROM**
AUSTIN, TX US

*Label Created*
12/12/2022 12:13 PM

**PACKAGE RECEIVED BY FEDEX**
WACO, TX
12/14/2022 4:06 PM

**IN TRANSIT**
HU KOU HSIANG TW
12/19/2022 8:51 PM

**OUT FOR DELIVERY**
HU KOU HSIANG TW
12/19/2022 9:23 AM

**DELIVERED**
HSIN CHU CITY, TW

*DELIVERED*
12/19/2022 at 10:54 AM

⬇ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

[ SUBMIT ]

Check For Delivery Options  ⌄

(https://www.fedex.com/en-us/home.html)

Travel history

**OUR COMPANY**
About FedEx(https://www.fedex.com/en-us/about.html)
Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)
Investor Relations(https://investors.fedex.com/home/default.aspx)
Careers(https://careers.fedex.com/fedex/)
FedEx Blog(https://www.fedex.com/en-us/blog.html)
Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)
Newsroom(https://newsroom.fedex.com/)
Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**
FedEx Compatible(https://www.fedex.com/en-us/compatible.html)
FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)
FedEx Logistics(https://www.fedex.com/en-us/logistics.html)
FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)
ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**
 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX**  (https://www.fedex.com/en-us/email.html)   (Https://www.facebook.com/FedEx/)
(Https://twitter.com/fedex)   (https://www.instagram.com/fedex/)   (https://www.linkedin.com/company/fedex)
(https://www.youtube.com/fedex)   (https://www.pinterest.com/FedEx/)

© FedEx 1995-2022

Site Map (https://www.fedex.com/en-us/sitemap.html)   |   Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)   |   Privacy & Security (https://www.fedex.com/en-us/trust-center.html)

December 19, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 770748443860

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | R.FAN | **Delivery Location:** | |
| **Service type:** | International Priority | | |
| **Special Handling:** | Deliver Weekday; Airbill Automation | | HSIN CHU CITY, |
| | | **Delivery date:** | Dec 19, 2022 10:54 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 770748443860 | **Ship Date:** | Dec 14, 2022 |
| | | **Weight:** | 0.5 LB/0.23 KG |

| **Recipient:** | **Shipper:** |
|---|---|
| HSIN CHU CITY, TW, | AUSTIN, TX, US, |

| **Reference** | 1162 - Realtek |
|---|---|

Signature images are not available for display for shipments to this country.

Thank you for choosing FedEx

**DELIVERED**

# Thursday

3/23/2023 at 10:09 am

Signed for by: D.DAN

Obtain Proof of delivery

How was your delivery?
☆ ☆ ☆ ☆ ☆

**DELIVERY STATUS**

Delivered ✓

**TRACKING ID**

771602880158 ✏️ ☆

**FROM**
AUSTIN, TX US

*Label Created*
3/20/2023 11:42 AM

**PACKAGE RECEIVED BY FEDEX**
WACO, TX
3/22/2023 2:41 PM

**IN TRANSIT**
WINNIPEG, MB
3/23/2023 7:44 AM

**OUT FOR DELIVERY**
WINNIPEG, MB
3/23/2023 8:18 AM

**DELIVERED**
WINNIPEG, MB CA

*Delivered*
3/23/2023 at 10:09 AM

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

**MORE OPTIONS**

Manage Delivery ⌄

[https://www.fedex.com/en-us/home.html](https://www.fedex.com/en-us/home.html)

## Shipment overview

**TRACKING NUMBER**  771602880158

**DELIVERED TO**  Shipping/Receiving

**SHIP DATE**  3/22/23

**STANDARD TRANSIT**  3/23/23 before 5:00 pm

**ACTUAL DELIVERY**  3/23/23 at 10:09 am

## Services

**SERVICE**  International Priority

**TERMS**  Shipper

**SPECIAL HANDLING SECTION**  Deliver Weekday, Airbill Automation

## Package details

**WEIGHT**  1.1 lbs / 0.5 kgs

**TOTAL PIECES**  1

**TOTAL SHIPMENT WEIGHT**  1.1 lbs / 0.5 kgs

**PACKAGING**  FedEx Envelope

↑ Back to to

## Travel history

Ascending

**TIME ZONE**
Local Scan Time

Monday, 3/20/2023

- 11:42 AM
  **Shipment information sent to FedEx**

- 2:41 PM
  **Picked up**
  WACO, TX

- 2:42 PM
  **Shipment arriving On-Time**
  WACO, TX

- 7:15 PM
  **Left FedEx origin facility**
  WACO, TX

**Thursday, 3/23/2023**

- 12:46 AM
  **Arrived at FedEx hub**
  MEMPHIS, TN

- 2:05 AM
  **In transit**
  MEMPHIS, TN

- 3:05 AM
  **In transit**
  MEMPHIS, TN

- 4:33 AM
  **Departed FedEx hub**
  MEMPHIS, TN

- 5:05 AM
  **In transit**
  MEMPHIS, TN

- 7:06 AM
  **At destination sort facility**
  WINNIPEG, MB

- 7:43 AM
  **International shipment release - Import**
  WINNIPEG, MB

- 7:44 AM
  **At local FedEx facility**
  WINNIPEG, MB

- 8:18 AM
  **On FedEx vehicle for delivery**
  WINNIPEG, MB

- 10:09 AM
  **Delivered**
  WINNIPEG, MB

↑ Back to to

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

(https://www.fedex.com/en-us/home.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)
Newsroom(https://newsroom.fedex.com/)
Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**
FedEx Compatible(https://www.fedex.com/en-us/compatible.html)
FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)
FedEx Logistics(https://www.fedex.com/en-us/logistics.html)
FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)
ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** (https://www.fedex.com/en-us/email.html) (Https://www.facebook.com/FedEx/) (Https://twitter.com/fedex) (https://www.instagram.com/fedex/) (https://www.linkedin.com/company/fedex) (https://www.youtube.com/fedex) (https://www.pinterest.com/FedEx/)

© FedEx 1995-2023

Site Map (https://www.fedex.com/en-us/sitemap.html) | Terms of Use (https://www.fedex.com/en-us/terms-of-use.html) | Privacy & Security (https://www.fedex.com/en-us/trust-center.html)



May 09, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771602880158

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | D.DAN | **Delivery Location:** | 70 LEXINGTON PK |
| **Service type:** | International Priority | | |
| **Special Handling:** | Deliver Weekday; Airbill Automation | | WINNIPEG, MB, R2G4H2 |
| | | **Delivery date:** | Mar 23, 2023 10:09 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 771602880158 | **Ship Date:** | Mar 22, 2023 |
| | | **Weight:** | 1.1 LB/0.50 KG |

**Recipient:**
GENERAL COUNSEL, EQ3 LTD
70 LEXINGTON PARK
WINNIPEG, MB, CA, R2G4H2

**Shipper:**
RAY MORT,
7808 ORISHA DR
AUSTIN, TX, US, 78739



Thank you for choosing FedEx