## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

**ELECTRONIC SCRIPTING PRODUCTS, INC.,**

> Plaintiff

> v.

**EQ3 LTD,**

> Defendant

**Case No. 6:23-cv-00194-ADA-DTG**

**JURY TRIAL DEMANDED**

## <u>CLERK'S ENTRY OF DEFAULT</u>

It appearing from the records in the above-entitled action that summons, issued on Plaintiff's Original Complaint, was served upon Defendant named below on March 23, 2023, and it further appearing from the affidavit of counsel for Plaintiff that Defendant has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure:

NOW, therefore, on request of counsel for Plaintiff, the default of the following named Defendant is hereby entered:

_____

Clerk of Court