UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| Electronic Scripting Products, Inc.<br>　　Plaintiff | * * * | |
| v. | * * | Civil No. 6:23-cv-00194 |
| EQ3 LTD<br>　　Defendant | * * * | |

## CLERK'S ENTRY OF DEFAULT

It appearing from the records in the above-entitled action that summons, issued on the Plaintiff's Complaint, was served upon the Defendant named below on March 23, 2023, and it further appearing from the affidavit of the Plaintiff that Defendant has failed to plead or otherwise defend in said action, as directed in said summons:

NOW, therefore, on request of the Plaintiff, and in accordance with Federal Rule of Civil Procedure 55, the default of the following named Defendant is hereby entered:

**EQ3 LTD**

PHILIP J. DEVLIN, CLERK
UNITED STATES DISTRICT COURT

By: *L Diaz*
Deputy Clerk
DATE: June 6, 2023