IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **ELECTRONIC SCRIPTING PRODUCTS, INC.,** | C.A. No. 6:23-cv-00194-ADA-DTG |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| **EQ3 LTD,** | |
| Defendant | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Electronic Scripting Products, Inc. and their counsel, hereby give notice that the above captioned action is voluntarily dismissed, WITHOUT prejudice against the Defendant EQ3 Ltd.

Dated: September 15, 2023                    Respectfully submitted,

/s/ Raymond W. Mort, III
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2200
Austin, Texas 78701
Tel/Fax: (512) 865-7950


John A. Lee (pro hac vice to be filed)
jlee@banishlaw.com
**BANIE & ISHIMOTO LLP**
2100 Geng Road, Suite 210
Palo Alto, CA 94303
T: 650.241.2774
F: 650.241.2770